DANIEL B. HEIDTKE (SBN 12975)
DUANE MORRIS LLP
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 702.868.2600
Facsimile:  702.868.2601
E-Mail:  dbheidtke@duanemorris.com

Attorneys for Defendant
    Brown & Brown of Colorado, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JKG FITNESS, INC.,<br><br>                         Plaintiff,<br><br>    v.<br><br>BROWN & BROWN OF COLORADO, INC., a Colorado Corporation; FITNESS INSURANCE, a division of BROWN & BROWN OF COLORADO INC., a Colorado Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>                         Defendants. | Civil Action No.:  2:23-cv-01800-JAD-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT BROWN & BROWN OF COLORADO, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

    Plaintiff JKG Fitness, Inc. ("JKG") and Defendant Brown & Brown of Colorado, Inc. ("B&B"),

by and through their respective counsel of record, and pursuant to Local Rules IA 6-1 and 6-2, and

Federal Rules of Civil Procedure ("FRCP") Rule 6, hereby stipulate and agree as follows:

    WHEREAS, JKG filed its complaint on October 6, 2023 (the "Complaint");

    WHEREAS, JKG served the Complaint on October 13, 2023;

    WHEREAS, B&B filed its Notice of Removal on November 3, 2023, which renders November

10, 2023, as B&B's deadline to respond, pursuant to FRCP 81(c)(2)(C);

    WHEREAS, B&B has requested, and JKG has agreed to, an extension of time to file an answer

or otherwise respond to the Complaint;

    WHEREAS, JKG and B&B have agreed that B&B may file its answer or otherwise respond to

the Complaint on or before **Friday, December 8, 2023**;

WHEREAS, JKG and B&B agree that the brief extension from November 10, 2023, to December 8, 2023, will not materially impact this matter, but will instead allow B&B the requisite time to obtain the documents and information necessary to substantively respond to the Complaint;

WHEREAS, FRCP Rule 6(b) requires the Court, for good cause showing, to approve an extension of time for Defendant to file an answer, and therefore JKG and B&B collectively request the Court approve the stipulation, and HEREBY STIPULATE AND AGREE as set forth below:

a.  This is the Parties' first stipulation for an extension of time to answer the Complaint;

b.  The Parties stipulate and agree that the deadline for B&B to file an answer or otherwise respond to the Complaint shall be extended to **December 8, 2023**; and

c.  This stipulation is made in good faith and not made for purposes of delay.

IT IS SO STIPULATED.


MAIER GUTIERREZ & ASSOCIATES          DUANE MORRIS LLP


By:   /s/ JP Hendricks                          By:   /s/ Daniel B. Heidtke
      Jean Paul Hendricks                              Daniel B. Heidtke (SBN 12975)

Attorneys for Plaintiff                         Attorneys for Defendant
                                                Brown & Brown of Colorado, Inc.


**IT IS SO ORDERED:**

_____

UNITED STATES MAGISTRATE JUDGE


DATED:_____11-9-2023_____