1 | Daniel B. Heidtke (SBN 12975)
DUANE MORRIS LLP
2 | 100 N. City Parkway, Suite 1560
Las Vegas, Nevada 89106
3 | Telephone: 702.868.2600
Fax: 702.385.6862
4 | Email: dbheidtke@duanemorris.com

5 | *Attorneys for Defendant*
Brown & Brown of Colorado, Inc.

6

7

8 | **UNITED STATES DISTRICT COURT**

9 | **DISTRICT OF NEVADA**

10

| | |
|---|---|
| JKG FITNESS, INC., *et al.* dba Planet Fitness, | Case No.: 2:23-cv-01800-JAD-MDC |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY AND EXTEND BRIEFING SCHEDULE ON MOTION TO STAY (ECF No. 25)** |
| vs. | |
| BROWN & BROWN OF COLORADO, INC., a Colorado Corporation; FITNESS INSURANCE, a division of BROWN & BROWN OF COLORADO INC., a Colorado Corporation DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | **[FIRST REQUEST]** |
| Defendants. | |

Pursuant to LR IA 6-1 and 6-2, defendant BROWN & BROWN OF COLORADO, INC. ("B&B") and plaintiff JKG FITNESS, INC., *et al.* dba Planet Fitness ("JKG"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on August 9, 2024, B&B filed a Motion to Stay Proceedings Pending Resolution of Related Litigation (the "Motion") (ECF No. 25);

WHEREAS, a hearing on the Motion has not been scheduled;

WHEREAS, pursuant to the schedule set forth in LR 7-2, JKG's deadline to oppose the Motion is **August 23, 2024** and B&B's deadline to file a reply in further support of the Motion is **August 30, 2024**;

1

WHEREAS, the parties have met and conferred and discussed the aforementioned briefing schedule and deadlines regarding the same, and have agreed and hereby stipulate as follows:

- JKG shall have until **August 30, 2024** to file its opposition to the Motion; and

- B&B shall have until **September 13, 2024** to file its reply in further support of the Motion.

WHEREAS, the parties agree that good cause exists for the requested extensions based upon pre-planned summer vacation schedules and counsel's existing scheduling commitments in this and other matters.  This request is not sought for any improper purpose or delay.  This is the parties' first request for extension of the briefing schedule.

WHEREFORE, the parties respectfully request that this Court extend the current deadlines as set forth herein.

DATED this 16th day of August 2024.

DUANE MORRIS LLP

_____/s/ Daniel B. Heidtke_____
Daniel B. Heidtke, Esq.
Nevada Bar No. 12975
100 N. City Parkway, Suite 1560
Las Vegas, Nevada 89106
*Attorneys for Defendant, Brown & Brown of Colorado, Inc.*

DATED this 16th day of August 2024.

MAIER GUTIERREZ & ASSOCIATES

_____/s/ Margaret E. Schmidt_____
Jason R. Maier, Esq.
Nevada Bar No. 8557
Jean Paul Hendricks, Esq.
Nevada Bar No. 10079
Margaret E. Schmidt, Esq.
Nevada Bar No. 12489
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiff, JKG Fitness, Inc., et al. dba Planet Fitness*

**ORDER**

IT IS SO ORDERED.

_____
**Hon. Maximiliano D. Couvillier III**
**United States Magistrate Judge**

**DATED:  8/19/2024**

2