Daniel B. Heidtke (SBN 12975)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV 89106-4617
Telephone: +1 702 868 2600
Fax: +1 702 385 6862
E-mail:dbheidtke@duanemorris.com

*Attorneys for Defendant*
Brown & Brown of Colorado, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JKG FITNESS, INC., *et al.* dba Planet Fitness,<br><br>Plaintiffs,<br><br>vs.<br><br>BROWN & BROWN OF COLORADO, INC., a Colorado Corporation; FITNESS INSURANCE, a division of BROWN & BROWN OF COLORADO INC., a Colorado Corporation DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-01800-JAD-MDC<br><br>**STIPULATION AND ORDER TO MODIFY AND EXTEND REBUTTAL EXPERT DISCLOSURE DEADLINE**<br><br>**[FOURTH JOINT REQUEST]** |

Pursuant to LR IA 6-1 and 6-2, defendant BROWN & BROWN OF COLORADO, INC. ("B&B") and plaintiff JKG FITNESS, INC., *et al.* dba Planet Fitness ("JKG"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, the Court previously granted two joint requests to modify the existing scheduling order in this case (ECF Nos. 22, 24);

WHEREAS, on November 15, 2024, B&B filed a Motion to Extend Case Deadlines in which it requested that the Court extend the current case deadlines by ninety (90) days (ECF No. 33), JKG filed an Opposition to the Motion on November 28, 2024 (ECF No. 35) and B&B filed a Reply in Support of the Motion on December 5, 2024 (ECF No. 36);

WHEREAS, on December 9, 2024, while B&B's Motion to Extend Case Deadlines was pending, the parties jointly requested a limited modification of the existing case schedule to extend the deadline for rebuttal expert disclosures (ECF No. 37);

WHEREAS, on December 11, 2024, the Court granted B&B's Motion to Extend Case Deadlines and denied the joint request for extension of the rebuttal expert disclosure deadline as moot (ECF No. 38);

WHEREAS, pursuant to the schedule set forth in the current case scheduling order (ECF No. 38), the deadline for rebuttal expert disclosures is **March 13, 2025**;

WHEREAS, the parties have met and conferred regarding the aforementioned rebuttal expert disclosure deadline, and have agreed and hereby stipulate to a three-week extension of the rebuttal expert disclosure deadline.  The parties have also agreed that this extension will not impair JKG's rights in responding to B&B's rebuttal expert report and deposing B&B's rebuttal expert.  Accordingly, this stipulation is without prejudice to any further changes to the discovery schedule to accommodate a deposition of B&B's rebuttal expert witness, which may occur after the close of discovery, and without prejudice to B&B's pending Motion to Stay (ECF No. 34);

WHEREAS, the parties agree that good cause exists for the requested extension in light of the parties' ongoing document productions, expected responses to subpoenas served by B&B on relevant third parties, and the parties' ongoing meet and confer efforts and related discovery issues.  This request is not sought for any improper purpose or delay.  This is the parties' fourth joint request to modify the case scheduling order. This requested extension of the deadline for rebuttal expert disclosures will not impact the other case deadlines;

///

///

///

///

///

///

///

WHEREFORE, the parties respectfully request that this Court extend the current rebuttal expert disclosure deadline to **April 4, 2025** as set forth herein.

DATED this 12th day of March 2025.

**DUANE MORRIS LLP**

 /s/ Daniel B. Heidtke
Daniel B. Heidtke (SBN 12975)
100 North City Parkway, Suite 1560
Las Vegas, NV  89106-4617
Telephone: +1 702 868 2600
Fax: +1 702 385 6862
E-mail:dbheidtke@duanemorris.com
*Attorneys for Defendant*
*Brown & Brown of Colorado, Inc.*

DATED this 12th day of March 2025.

**MAIER GUTIERREZ & ASSOCIATES**

 /s/ Margaret E. Schmidt
JASON R. MAIER, ESQ.
Nevada Bar No. 8557
JEAN PAUL HENDRICKS, ESQ.
Nevada Bar No. 10079
MARGARET E. SCHMIDT, ESQ.
Nevada Bar No. 12489
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiff, JKG Fitness, Inc., et al.*
*dba Planet Fitness*

## ORDER

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 3/14/2025